**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION**

**TIMOTHY A. NEYLAND**                                                                              **PLAINTIFF**

**vs.**                                        **CIVIL ACTION No.: 3:16-CV-411-HTW-LRA**

**ROBERT A. McDONALD, SECRETARY,
UNITED STATES DEPARTMENT OF
VETERANS AFFAIRS**                                                     **DEFENDANT**

## ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes on pursuant to the Report and Recommendation of United States Magistrate Judge Linda A. Anderson **[Docket no. 5]**, and the lack of written objection to the proposed findings and recommendation by either party. Based upon the evidence therein contained, this court, having given full consideration to the lack aforesaid of objection, finds the same well taken. Therefore, the Report and Recommendation of United States Magistrate Judge Linda A. Anderson **[Docket no. 5]** is hereby adopted as the order of this court.

IT IS, THEREFORE, ORDERED that the Report and Recommendation of United States Magistrate Judge Linda A. Anderson **[Docket no. 5]** is hereby ADOPTED as the order of this court.

IT IS FURTHER ORDERED that the complaint in this lawsuit is hereby DISMISSED WITHOUT PREJUDICE and the parties are to bear their own costs.

IT IS FINALLY ORDERED that this lawsuit is hereby DISMISSED.

**SO ORDERED AND ADJUDGED this the 20th day of February, 2018.**

                                                   **s/ HENRY T. WINGATE
UNITED STATES DISTRICT COURT JUDGE**